BAUMAN, Appellant, v. DAILEY et al., Respondents. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Samuel Bauman against William Dailey and others. I. B. Ripin, of New York City, for appellant. C. J. Earley, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

BAYER, Respondent, v. HECLA IRON WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by Charles Bayer against the Hecla Iron Works. No opinion. Judgment and order unanimously affirmed, with costs.

BELL, Respondent, v. H. O. KERBAUGH, Inc., Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by Joseph Bell against H. O. Kerbaugh, Incorporated. No opinion. Judgment and order unanimously affirmed, with costs.

BENJAMIN et al. v. BROWNSTEIN et al. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Ephraim Benjamin and others against Daniel J. Brownstein and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 151 App. Div. 936, 135 N. Y. Supp. 1099.

BENN, Appellant, v. GREENBURG, Respondent. (Supreme Court, Appellate Division, Second Department. November 27, 1912.) Action by Walter L. Benn against Harry H. Greenburg. No opinion. Judgment affirmed, with costs. See, also, 151 App. Div. 919, 136 N. Y. Supp. 1131.

BERRY et al., Respondents, v. ARLAND et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 27, 1912.) Action by Hugh M. Berry and another against William W. Arland and another.
PER CURIAM. Judgment affirmed, with costs.
McLENNAN, P. J., dissents, upon the ground that the plaintiffs have an adequate remedy at law, and that there are no findings of fact which do, and no evidence to warrant findings which would, support the judgment.

BIGGS, Respondent, v. SEA GATE ASS'N, Appellant. (Supreme Court, Appellate Division, Second Department, November 22, 1912.) Action by Helen W. Biggs against the Sea Gate Association. No opinion. Motion for reargument (138 N. Y. Supp. 53) denied, without costs.

BINGEMAN, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Action by Charles J. Bingeman against the International Railway Company.
PER CURIAM. Judgment (135 N. Y. Supp. 743) and order reversed, and new trial granted, with costs to appellant, to abide event. New trial to be had in Buffalo City Court on the 27th day of November, 1912, at 10 o'clock in the forenoon. Held, first, that the temporary interruption of service on the Niagara Street line did not entitle the plaintiff to use the transfer ticket issued to him for that line on the cars of other lines to reach the same destination; second, that the acceptance of the transfer ticket by the conductor of the East Utica Street car did not entitle plaintiff to a further transfer ticket to the West Utica Street car; third, that it does not appear from the evidence that defendant is the successor of any of the parties to the "Milburn agreement," or is bound thereby. The allegations of the complaint in that respect were not admitted or proved.

BISGOOD, Respondent, v. WHITE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by Henry V. Bisgood, Jr., suing on behalf of himself, etc., against William F. White and others. No opinion. Order, so far as appealed from, affirmed, with $10 costs and disbursements.

BISINGER, Respondent, v. RENAULT TAXI SERVICE, Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1912.) Action by Anton Bisinger against the Renault Taxi Service. H. C. Smyth, of New York City, for appellant. D. R. Almy, of New York City, for respondent.
PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, on the ground that the findings of the jury that plaintiff was on defendant's premises by permission and that defendant's servants were guilty of negligence causing his injuries are against the weight of evidence. Settle order on notice.

BLIGHT, Respondent, v. JOHN PIERCE CO., Appellant. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Philip E. Blight against the John Pierce Company. B. Reese, for appellant. F. N. Van, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re BOROUGH OF QUEENS in CITY OF NEW YORK. In re SCHIN. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) In the matter of acquiring title by the City of New York to certain lands, etc., in the Borough of Queens. In the matter of the application of Martha Schin, as administratrix, etc., of Richard Jordan, de-

ceased. No opinions. Report of referee confirmed.

BORRELLI, Respondent, v. ALTRO REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Ciro Borrelli against the Altro Realty Company and others. M. S. Hoffman, of New York City, for appellants. M. M. Menken, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BOSSERT et al., Respondents, v. LE SHEN REALTY CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Action by Louis Bossert and another against the Le Shen Realty Company and others. No opinion. Interlocutory judgment affirmed, with costs.

BOSSERT, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 4, 1912.) Action by Alice L. Bossert, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals (from 137 N. Y. Supp. 1112) denied, with $10 costs.

BOTTEGA, Respondent, v. CAMPBELL, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Vincent Bottega against Peter C. Campbell.

PER CURIAM. Judgment of the County Court of Kings County reversed, and new trial ordered, costs to abide the final award of costs, because of the inconsistency in the findings of the trial court as to the amount paid on account of plaintiff's claim, unless plaintiff stipulate within 20 days to reduce the amount adjudged due by the sum of $15 and interest in proportion, in which event the judgment, as modified, is affirmed, without costs.

BOWMAN v. SEAMAN et al. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Charles E. Bowman against Alfred P. W. Seaman and others. No opinion. Motion to resettle order granted, so that the judgment shall be affirmed, with one bill of costs to be paid to the defendant Seaman. See, also, 137 N. Y. Supp. 1112.

BOZOVSKY, Respondent, v. BUFFALO & L. E. TRACTION CO., Appellant. (Supreme Court, Appellant Division, Fourth Department. November 20, 1912.) Action by Vacil D. Bozovsky against the Buffalo & Lake Erie Traction Company.

PER CURIAM. Judgment affirmed, with costs. See, also, 132 App. Div. 944, 117 N. Y. Supp. 1129.

McLENNAN, P. J., and FOOTE, J., dissent, upon the ground that as matter of law plaintiff failed to establish his freedom from contributory negligence.

BRAKER v. NEW YORK FINANCE CO. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Conrad M. Braker against the New York Finance Company. No opinion. Motion denied. Order filed. See, also, 151 App. Div. 934, 135 N. Y. Supp. 1101.

BRENNER v. STILLWELL. (Supreme Court, Appellate Division, First Department December 27, 1912.) Action by Jesse Brenner against Stephen J. Stillwell. No opinion. Motion granted, with $10 costs. Order filed.

BREWSTER v. SILVERSTEIN. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Richard I. Brewster against Samuel J. Silverstein. No opinion. Application denied, with $10 costs. Order signed. See, also, 78 Misc. Rep. 123, 137 N. Y. Supp. 912.

BRIGHAM, Respondent, v. OCEAN ACCIDENT & GUARANTY CO., Limited, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by Henry R. Brigham against the Ocean Accident & Guaranty Company, Limited. No opinion. Judgment and order unanimously affirmed, with costs.

BROADWAY BLDG. CO. v. LILLIBRIDGE. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by the Broadway Building Company against Ray D. Lillibridge. No opinion. Application denied, with $10 costs. Order signed.

BRODY, ADLER & KOCH v. DENT. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Brody, Adler & Koch against Thomas A. Dent. No opinion. Application denied, with $10 costs. Order signed. See, also, 140 App. Div. 935, 125 N. Y. Supp. 1114.

BROOKLYN MASON CONTRACTING CO., Respondent, v. BERGER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by the Brooklyn Mason Contracting Company against Max Berger and another.

PER CURIAM. Motion to resettle order granted, without costs, the order of resettlement to provide, however, that respondent consent that the appellant may withdraw his ap-